**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Brandi Elaine George and Tony Lee Burnette, Defendants,

Of whom Brandi Elaine George is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2015-000319

————————

Appeal From Greenville County
Kelly Pope-Black, Family Court Judge

————————

Unpublished Opinion No. 2016-UP-362
Submitted June 17, 2016 – Filed July 13, 2016

————————

**AFFIRMED**

————————

John Brandt Rucker, of Brandt Rucker Attorney At Law, of Greenville, for Appellant.

Rebecca Rush Wray, of the Department of Social Services, of Greenville, for Respondent.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, for the Guardian ad Litem.

─────────────

**PER CURIAM:**  Brandi Elaine George appeals the family court's final order terminating her parental rights to her minor child.  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve George's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and WILLIAMS and MCDONALD, JJ., concur.**

─────────────

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.